CHRISTOPHER E. DIPASQUALE, Appellant, v SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK et al., Respondents.

Submitted February 28, 2005; decided March 31, 2005

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

DANIEL HERNANDEZ et al., Respondents, v VICTOR L. ROBLES, Appellant.

Submitted March 7, 2005; decided March 31, 2005

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

Judge R.S. SMITH taking no part.

CHRISTOPHER HIRALDO et al., Appellants, v ALLSTATE INSURANCE COMPANY, Respondent, et al., Defendants.

Submitted March 28, 2005; decided March 31, 2005

Motion by Levy, Phillips & Konigsberg, LLP for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.